FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRISHA C. RESSA, a Washington Resident,<br><br>        Plaintiff,<br><br>        v.<br><br>MURRAY/REIFF, LLC d/b/a ZIMMER BIOMET NORTHWEST, a Washington LLC,<br><br>        Defendant. | No. 2:20-CV-00031-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice and Without Costs to Any Party, ECF No. 18. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice and Without Costs to Any Party, ECF No. 18, is **GRANTED**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

**ORDER DISMISSING CASE** * 1

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken.**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 15th day of September 2020.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** * 2